# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

United States of America,

      Plaintiff,

v.

Mark Frederick Rickert,

      Defendant

Case: 2:21-cr-20514
Assigned To : Cox, Sean F.
Referral Judge: Patti, Anthony P.
Assign. Date : 8/10/2021

Violation:  16 U.S.C. §§ 3372(a)(2)(A) and 3373(d)(2)

# INFORMATION

The United States Attorney charges:

## COUNT ONE

*16 U.S.C. §§ 3372(a)(2)(A), 3372(a)(4), and 3373(d)(2) – Fish Taken in Violation of Law (Lacey Act)*

On or about May 25, 2017, in the Eastern District of Michigan, Southern Division, the defendant, Mark Frederick Rickert, did knowingly sell or attempt to sell sport caught fish when, in the exercise of due care, he should have known that the fish were taken, possessed, and sold in violation of the law of Michigan, specifically, MCL

1

324.48723 (the unlawful sale of sport caught fish), all in violation of the

Lacey Act, 16 U.S.C. §§ 3372(a)(2)(A), 3372(a)(4), and 3373(d)(2).

Saima S. Mohsin
Acting United States Attorney

Benjamin Coats
Chief, Major Crimes Unit
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI  48226
(313) 226-9734

Hank Moon
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI  48226
(313) 226-0220
hank.moon@usdoj.gov

Dated: August 10, 2021

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ **Yes**          ☒ **No** | AUSA's Initials:  *HEM* |

**Case Title:** USA v.   Mark Frederick Rickert

**County where offense occurred :**  Macomb

**Check One:**        ☐**Felony**         ☒**Misdemeanor**         ☐**Petty**

_____Indictment/__✓__Information --- **no** prior complaint.
_____Indictment/_____Information --- based upon prior complaint [**Case number:**                      ]
_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____          **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

August 10, 2021
_____
Date

Hank Moon
_____

Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:313-226-0220
Fax:
E-Mail address: moon.hank@gmail.com
Attorney Bar #:  DC 1026010

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.